IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-573-MEF |
| | ) | |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 4(m), the Court hereby provides notice to the plaintiff that the Court finds that plaintiff has failed to cause service to be made upon the following defendant: Terrill Jorgensen, within 120 days after the filing of the Complaint in this action. It is the present intention of this Court to dismiss all claims against Terrill Jorgensen without prejudice on **March 31, 2010**, unless plaintiff shows good cause for its failure to comply with Federal Rule of Civil Procedure 4 before that date.

DONE this the 23rd day of March, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE