IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08cv-573-MEF |
| | ) | |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) | (WO) |
| | ) | |
| DEFENDANTS. | ) | |

## **ORDER**

Upon consideration of the Motion to Withdraw as Counsel (Doc. #182) filed on June 7, 2010, it is hereby

ORDERED that the motion is DENIED. Millenia Properties, LLC is an artificial entity which cannot appear pro se or be represented by an unlicensed layman in federal court but must be represented by counsel. *See, e.g.*, *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1384–86 (11th Cir. 1981); *Streeter v. Office of Douglas R. Burgess, LLC*, No. 107-cv-97, 2008 WL 508456, at *4 (M.D. Ala. Feb. 21, 2008).

DONE this the 15th day of June, 2010.

                                                        /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE