IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-cv-573-MEF |
| | ) |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) (WO) |
| | ) |
| Defendants. | ) |

**O R D E R**

This cause is before the court on the notice of settlement conference (Doc. #187), by which the parties advised the Court that they believe that mediation before a magistrate judge would promote the resolution of this case as to some parties. This Court's mediation program is voluntary, and generally the Court does not formally enter an order referring a case to a Magistrate Judge for mediation, nor does it assign mediators. Should the parties desire mediation of this case, they should arrange a conference call with the office of the Magistrate Judge assigned to this file to discuss scheduling the mediation. The Magistrate Judge assigned to this file is Magistrate Judge Susan Russ Walker. Of course, the parties are free to retain a mediator of their own choosing and pursue private mediation if they prefer it to the Court's mediation program.

DONE this 23rd day of July, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE