IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-573-MEF |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) (WO) |
| Defendants. | ) |

**O R D E R**

On February 24, 2010, the Court ordered that all parties participate in a settlement conference on or before July 16, 2010.  (Doc. #147).  On July 22, 2010, the plaintiff filed a notice of settlement conference.  (Doc. #187).  Among other things, the plaintiff noted that five pro se defendants—Matthew Bahr, Sean McDonough, Brett Rosenbaum, Jewel Manahan, and Bruce Dunn—failed to attend the settlement conference.  *Id*.  Jewel Manahan is the only one of the five absent defendants who is currently actively involved in this litigation.[1]  It is hereby

ORDERED that pro se defendant Jewel Manahan shall be required to show cause why she should not be sanctioned for failing to participate in the settlement conference by no later than 5:00 p.m. on Friday, August 20, 2010.

DONE this the 26th day of July, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Matthew Bahr, Sean McDonough, and Brett Rosenbaum have been defaulted. (Docs. #64 & 109).  The plaintiff did not add Bruce Dunn as a defendant until they filed their third amended complaint on April 29, 2010.  (Doc. #168).  He was served (Doc. #171) but has yet to answer.