IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-cv-573-MEF |
| | ) | |
| JAMARLO K. GUMBAYTAY, *et al.*, | ) | (WO - DO NOT PUBLISH) |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Upon consideration of defendant Jewel Manahan's response to the Court's show cause order (Doc. #193), filed August 20, 2010, it is hereby

ORDERED that on or before August 30, 2010, defendant Jewel Manahan and counsel for the plaintiff shall conduct a **face-to-face settlement conference** at which they shall engage in good faith settlement negotiations. If settlement cannot be reached, they shall also discuss whether mediation will assist the parties in reaching settlement. Not more than **FIVE (5) DAYS** after this conference, counsel for the plaintiff shall file a pleading titled "Amended Notice Concerning Settlement Conference and Mediation." This pleading shall include the entirety of the initial "Notice Concerning Settlement Conference and Mediation" (Doc. #187), filed by the plaintiff on July 22, 2010. This pleading shall also indicate whether settlement was reached between plaintiff and defendant Jewel Manahan and, if not, whether those parties believe mediation will assist them in

resolving this case short of trial.

DONE this the 23rd day of August, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE